

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2021

No. 04-21-00171-CV

Leticia **RODRIGUEZ**,
Appellant/Cross-Appellee

v.

Lydia **RODRIGUEZ** and Robert Pereida,
Appellees/Cross-Appellants

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19456
Honorable Cynthia Marie Chapa, Judge Presiding

# O R D E R

A copy of appellant/cross-appellee Leticia Rodriguez's notice of appeal was filed in this court on April 30, 2021. A copy of appellees/cross-appellants Lydia Rodriguez and Robert Pereida's notice of appeal was filed in this court on May 17, 2021. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant/cross-appellee and appellees/cross-appellants in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant/cross-appellee and appellees/cross-appellants to file amended notices of appeal certifying proper service on the responsible court reporter(s).

Court reporters Amy Hinds, Judith Stewart, Mary Berry, Debra Jimenez, and Mary Scopas respectively filed Notifications of Late Records stating that the reporter's record had not been requested or paid for. In response, we ordered appellant/cross-appellee Leticia Rodriguez to provide proof of payment. On June 17, 2021, appellant/cross-appellee Leticia Rodriguez filed proof of payment to court reporter Judy Stewart. Appellant/cross-appellee Leticia Rodriguez has not filed proof of payment to any other court reporter.

On June 18, 2021, appellee/cross-appellants Lydia Rodriguez and Robert Pereida filed an amended notice of appeal certifying service of the notice on court reporters Mary Scopas, Judy

Stewart, and Debra Jimenez. Appellant/cross-appellee Leticia Rodriguez has not filed an amended notice of appeal.

It is therefore ORDERED that counsel for appellant/cross-appellee, Jennifer Rosenblatt and Elena Serna, file an amended notice of appeal in compliance with section 51.017(a) within ten days from the date of this order. If appellant/cross-appellee fails to file an amended notice of appeal within the time provided, an order will be issued directing Jennifer Rosenblatt and Elena Serna to appear and show cause why they should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Jennifer Rosenblatt and Elena Serna by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

It is further ORDERED that appellant/cross-appellee Leticia Rodriguez and appellees/cross-appellants Lydia Rodriguez and Robert Pereida file advisories within five days of this order stating which, if any, volumes of the reporter's record from which court reporters they have requested, along with proof of payment.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court